UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MARGARET LEWIS,

                Plaintiff,                              Case No. 1:25-cv-12217

v.                                          Honorable Thomas L. Ludington
                                            United States District Judge

ABRAMS AND ASSOCIATES, et al.,

                                          Honorable Patricia T. Morris
            Defendants.                     United States Magistrate Judge

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE FOR FAILURE TO PROSECUTE**

On July 16, 2025, Plaintiff Margaret Lewis filed a *pro se* Complaint against Defendants Abrams and Associates and Mid America Bank and Trust Company, asserting that they violated the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692–1692p. ECF No. 1. On July 25, 2025, Plaintiff applied to proceed *in forma pauperis* (IFP). ECF No. 5. The case was then referred to Magistrate Judge Patricia T. Morris for resolution of all pretrial matters. ECF No. 6.

On August 11, 2025, Judge Morris ordered Plaintiff to show cause on or before September 2, 2025, why her IFP Application should not be denied because it was "incomplete and d[id] not provide enough information for the Court to assess Plaintiff's eligibility for IFP status." ECF No. 7 at PageID.16. Plaintiff did not do so. Thus, Judge Morris issued a report (R&R) recommending that this Court deny her IFP Application and "direct Plaintiff to pay the filing fee within fourteen (14) days." ECF No. 8 at PageID.18. Receiving no objection and finding no clear error, this Court adopted the R&R and directed  Plaintiff to pay the filing fee by December 5, 2025. ECF No. 9.

On January 12, 2026, Judge Morris issued an R&R recommending dismissing the case for failure to prosecute because Plaintiff has not paid the filing fee. ECF No. 10. Judge Morris gave the Parties 14 days to object to the R&R, *id.* at PageID.28–29, but they did not do so. Thus, they

- 2 -

have forfeited their right to appeal Judge Morris's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). There is no clear error in the R&R. So the R&R, ECF No. 10, will be adopted, and the Complaint, ECF No. 1, will be dismissed without prejudice.

Accordingly, it is **ORDERED** that Magistrate Judge Patricia T. Morris's Report and Recommendation, ECF No. 10, is **ADOPTED**.

Further, it is **ORDERED** that Plaintiff Margaret Lewis's Complaint, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE**.

**This is a final order and closes this case.**

Dated: February 9, 2026            s/Thomas L. Ludington
                                   THOMAS L. LUDINGTON
                                   United States District Judge